**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/01/2021

IN RE:

RENO L. BENIGNI, SR.
LAURA L. BENIGNI
1657 DAGMAR AVE.
PITTSBURGH, PA  15216
XXX-XX-4084          Debtor(s)

XXX-XX-2797

Case No. 17-25169 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/1/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

# CLAIM RECORDS

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| PHELAN HALLINAN DIAMOND & JONES LLP++<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | 1 | 0.00% | | NOTICE ONLY | | 0.00 | BANK OF NY MELLON/PRAE |
| DUQUESNE LIGHT COMPANY*<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | 2 | 0.00% | 13 | UNSECURED CREDITOR | 9238 | 911.28 | NTC ONLY |
| BANK OF NEW YORK MELLON<br>C/O BANK OF AMERICA NA**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | 3 | 9.85% | 24 | MORTGAGE PAID IN FULL | 5827 | 12,481.93 | CL23GOV@TERMS/PL*12418.93@9.85%/PL*1ST*LATE*AMDS C-23*DTR CLM*STSF( |
| PHELAN HALLINAN DIAMOND & JONES LLP++<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | 4 | 0.00% | | NOTICE ONLY | 1028 | 0.00 | |
| INTERNAL REVENUE SERVICE*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 5 | 0.00% | 2-2 | PRIORITY CREDITOR | 4084 | 2,588.24 | ...2797*15,16/SCH-PL*$@0%/CL-PL*AMD |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 6 | 0.00% | 8 | UNSECURED CREDITOR | 1001 | 964.60 | 5283/SCH |
| BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | 7 | 0.00% | 16 | UNSECURED CREDITOR | 5733 | 692.68 | |
| CAPITAL ONE**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | 8 | 0.00% | | UNSECURED CREDITOR | 4905 | 0.00 | |
| MIDLAND FUNDING LLC<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | 9 | 0.00% | 7 | UNSECURED CREDITOR | 4652 | 1,892.09 | |
| CAVALRY SPV I LLC - ASSIGNEE**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | 10 | 0.00% | 15 | UNSECURED CREDITOR | 3228 | 581.07 | 4721/SCH*CAPITAL ONE |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:18 | CLAIM: 1,515.08<br>COMMENT: CW NEXUS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0139 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4708 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0342 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SUNOCO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4273 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0668 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:14 | CLAIM: 270.36<br>COMMENT: VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2613 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:17 | CLAIM: 1,078.59<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2316 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:20 | CLAIM: 562.54<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4678 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 1,707.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1999 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 202.66<br>COMMENT: CAP 1/KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1394 |

| Creditor | Claim Info | Description |
|---|---|---|
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=24988.55*6984/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5767 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=9704.86*6494/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5767 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=2376.69*0067/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5767 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 663.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6040 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 382.18<br>COMMENT: 5907/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6125 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 360.50<br>COMMENT: 4061/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2682 |
| **US BANK**<br>POB 130<br><br>HILLSBORO, OH 45133 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3582 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br><br>ST LOUIS, MO 63179-0336 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 22<br><br>CLAIM: 0.00<br>COMMENT: 5398/SCH*CL 22@59419.84 W/D-DOC 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4084 |
| **US DEPARTMENT OF EDUCATION****<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMBINED @ 30 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5403 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br><br>ST LOUIS, MO 63179-0336 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 6-2<br><br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*AMD CL=$59,419.84*5401/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4084 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ELIZABETH BENIGNI**<br>1325 ORANGEWOOD AVE<br><br>PITTSBURGH, PA 15216 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 573.76<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4084 |
| **BANK OF NEW YORK MELLON**<br>C/O BANK OF AMERICA NA**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 4,883.47<br>COMMENT: CL23GOV*ARRS/CL-PL*1ST**LATE*AMDS C-23*DTR CLM*PIF/CR*SATISFCTN FILED | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 5827 |
| **THE BUREAUS**<br>C/O PRA RECEIVABLES MGMT<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:35 INT %: 10.00%<br>Court Claim Number:10<br>CLAIM: 627.66<br>COMMENT: 35G139*$@10%/CL-PL*NT/SCH*WNTS 10%*THRU 12/29/17 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G139 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 0.00<br>COMMENT: DEFERRED/PL*CL=$2,396.25*ACCT NT/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4084 |
| **BANK OF NEW YORK MELLON**<br>C/O BANK OF AMERICA NA**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5827 |
| **JILL MANUEL-COUGHLIN ESQ**<br>POWERS KIRN & ASSOCIATES LLC<br>EIGHT NESHAMINITY INTERPLEX - STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON**<br>C/O BANK OF AMERICA NA**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 0.00<br>COMMENT: NT/PL*1,668.24 /NTC POSTPET FEE/EXP*REF CL*W/3,33*SATSFCTN FLD 6/20 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5827 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |