**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RENO L. BENIGNI, SR.<br>LAURA L. BENIGNI<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  RENO L. BENIGNI, SR.<br>LAURA L. BENIGNI<br><br>      Respondents | Case No.17-25169JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 58 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of _October_, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Ford Business Machines
> Attn: Payroll Manager
> 700 Laurel Dr
> Connellsville, PA 15425

is hereby ordered to immediately terminate the attachment of the wages of RENO L. BENIGNI, SR., social security number XXX-XX-4084. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RENO L. BENIGNI, SR..

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
10/6/21 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-25169-JAD

Reno L. Benigni, Sr.                                                                  Chapter 13

Laura L. Benigni

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Reno L. Benigni, Sr., Laura L. Benigni, 1657 Dagmar Ave., Pittsburgh, PA 15216-3621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021                    Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company Et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank of New York Mellon Trust Company Et al. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | |

| District/off: 0315-2 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor BANK OF AMERICA  N.A mmiksich@kmllawgroup.com

Matthew M. Brennan
    on behalf of Joint Debtor Laura L. Benigni attorneymatthewbrennan@gmail.com

Matthew M. Brennan
    on behalf of Debtor Reno L. Benigni  Sr. attorneymatthewbrennan@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. pawb@fedphe.com

TOTAL: 11