Certificate Number: 16339-PAW-DE-036053096

Bankruptcy Case Number: 17-25169



16339-PAW-DE-036053096

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2021</u>, at <u>10:41</u> o'clock <u>AM EDT</u>, <u>Reno Benigni</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  October 10, 2021    By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor