**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Reno L. Benigni Sr.**
**Laura L. Benigni**
**aka Lori L. Benigni**
  Debtor(s)

Bankruptcy Case No.: 17−25169−JAD

Chapter: 13
Docket No.: 65 − 64

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/10/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/10/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25169-JAD |
| Reno L. Benigni, Sr. | Chapter 13 |
| Laura L. Benigni | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reno L. Benigni, Sr., Laura L. Benigni, 1657 Dagmar Ave., Pittsburgh, PA 15216-3621 |
| cr | | Duquesne Light Company, c/o Allison L. Carr, 2200 Gulf Tower, Pittsburgh, PA 15219 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14775537 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14752056 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14897582 | + | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 14787854 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14776207 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787636 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14752067 | + | Elizabeth Benigni, 1325 Orangewood Ave., Pittsburgh, PA 15216-3815 |
| 14752071 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14781168 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14752073 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14770959 | | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14752075 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14781287 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:57:54 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14752057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:28 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:23 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14752059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2021 23:22:18 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14752061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:25 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14752062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14752063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:20 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14752064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-25169-JAD    Doc 66    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 24 2021 23:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14752065 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2021 23:22:20 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14756344 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14752066 | + | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14784006 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 24 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14752068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 23:13:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14752060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:27 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14752069 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2021 23:13:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14787868 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:20 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788106 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2021 23:22:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775394 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14752070 | + | Email/PDF: pa_dc_claims@navient.com | Nov 24 2021 23:22:19 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14752072 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14789213 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779873 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:47:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14784801 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 23:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14770292 | | Email/PDF: pa_dc_claims@navient.com | Nov 24 2021 23:22:28 | SLM Bank c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14752074 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 24 2021 23:13:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. |
| cr | | The Bank of New York Mellon Trust Company, Et al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788249 | * | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 42 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company  Et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank of New York Mellon Trust Company  Et al. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Reno L. Benigni  Sr. attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Laura L. Benigni attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. pawb@fedphe.com |

TOTAL: 11