**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RENO L. BENIGNI, SR.
LAURA L. BENIGNI
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:17-25169 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/29/2017 and confirmed on 2/9/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,861.27 |
| Less Refunds to Debtor | 811.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,049.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,949.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,949.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 627.66 | 627.66 | 158.22 | 785.88 |
|     Acct: G139 | | | | |
|   BANK OF NEW YORK MELLON | 12,481.93 | 12,481.93 | 1,003.39 | 13,485.32 |
|     Acct: 5827 | | | | |
|   BANK OF NEW YORK MELLON | 4,883.47 | 4,883.47 | 0.00 | 4,883.47 |
|     Acct: 5827 | | | | |
| | | | | 19,154.67 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENO L. BENIGNI, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENO L. BENIGNI, SR. | 426.10 | 426.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENO L. BENIGNI, SR. | 385.67 | 385.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,588.24 | 2,588.24 | 0.00 | 2,588.24 |
|     Acct: 4084 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5827 | | | | |
| | | | | 2,588.24 |
| **Unsecured** | | | | |
|   SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5767 | | | | |
|   SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5767 | | | | |
|   SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5767 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4084 | | | | |
|   SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4084 | | | | |
| DUQUESNE LIGHT COMPANY* | 911.28 | 911.28 | 0.00 | 911.28 |
| Acct: 9238 | | | | |
| AMERICAN EXPRESS BANK FSB | 964.60 | 964.60 | 0.00 | 964.60 |
| Acct: 1001 | | | | |
| BANK OF AMERICA NA** | 692.68 | 692.68 | 0.00 | 692.68 |
| Acct: 5733 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4905 | | | | |
| MIDLAND FUNDING LLC | 1,892.09 | 1,892.09 | 0.00 | 1,892.09 |
| Acct: 4652 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 581.07 | 581.07 | 0.00 | 581.07 |
| Acct: 3228 | | | | |
| MERRICK BANK | 1,515.08 | 1,515.08 | 0.00 | 1,515.08 |
| Acct: 0139 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4708 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0342 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4273 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0668 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 270.36 | 270.36 | 0.00 | 270.36 |
| Acct: 2613 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,078.59 | 1,078.59 | 0.00 | 1,078.59 |
| Acct: 2316 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 562.54 | 562.54 | 0.00 | 562.54 |
| Acct: 4678 | | | | |
| DISCOVER BANK(*) | 1,707.04 | 1,707.04 | 0.00 | 1,707.04 |
| Acct: 1999 | | | | |
| CAPITAL ONE NA** | 202.66 | 202.66 | 0.00 | 202.66 |
| Acct: 1394 | | | | |
| PNC BANK NA | 663.10 | 663.10 | 0.00 | 663.10 |
| Acct: 6040 | | | | |
| BUREAUS INVESTMENT GROUP PORTFC | 382.18 | 382.18 | 0.00 | 382.18 |
| Acct: 6125 | | | | |
| BUREAUS INVESTMENT GROUP PORTFC | 360.50 | 360.50 | 0.00 | 360.50 |
| Acct: 2682 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3582 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4084 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5403 | | | | |
| INTERNAL REVENUE SERVICE* | 573.76 | 573.76 | 0.00 | 573.76 |
| Acct: 4084 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1028 | | | | |
| ELIZABETH BENIGNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE BUREAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5827 | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 12,357.53 |

TOTAL PAID TO CREDITORS                                                          34,100.44

TOTAL CLAIMED
PRIORITY        2,588.24
SECURED        17,993.06
UNSECURED      12,357.53


Date: 11/22/2021                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    RENO L. BENIGNI, SR.<br>    LAURA L. BENIGNI<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:17-25169 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25169-JAD |
| Reno L. Benigni, Sr. | Chapter 13 |
| Laura L. Benigni | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reno L. Benigni, Sr., Laura L. Benigni, 1657 Dagmar Ave., Pittsburgh, PA 15216-3621 |
| cr | | Duquesne Light Company, c/o Allison L. Carr, 2200 Gulf Tower, Pittsburgh, PA 15219 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14775537 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14752056 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14897582 | + | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 14787854 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14776207 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787636 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14752067 | + | Elizabeth Benigni, 1325 Orangewood Ave., Pittsburgh, PA 15216-3815 |
| 14752071 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14781168 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14752073 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14770959 | | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14752075 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14781287 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:57:44 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14752057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:28 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:22:23 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14752059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2021 23:22:19 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14752061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14752062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14752063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14752064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-25169-JAD    Doc 67    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 24 2021 23:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14752065 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2021 23:22:19 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14756344 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14752066 | + | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14784006 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 24 2021 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14752068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 23:13:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14752060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:22 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14752069 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2021 23:13:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14787868 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:25 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788106 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2021 23:22:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775394 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14752070 | + | Email/PDF: pa_dc_claims@navient.com | Nov 24 2021 23:22:28 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14752072 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14789213 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2021 23:13:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779873 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:57:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14784801 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 23:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14770292 | | Email/PDF: pa_dc_claims@navient.com | Nov 24 2021 23:22:18 | SLM Bank c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14752074 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 24 2021 23:13:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. |
| cr | | The Bank of New York Mellon Trust Company, Et al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788249 | * | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 17-25169-JAD    Doc 67    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 42 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company Et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank of New York Mellon Trust Company Et al. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Reno L. Benigni Sr. attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Laura L. Benigni attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. pawb@fedphe.com |

TOTAL: 11