| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Reno L. Benigni Sr.** | Social Security number or ITIN   xxx–xx–4084 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laura L. Benigni** | Social Security number or ITIN   xxx–xx–2797 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **17–25169–JAD** | | |

# Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Reno L. Benigni Sr.                          Laura L. Benigni
                                              aka Lori L. Benigni

<u>1/11/22</u>                                 **By the court:**   <u>Jeffery A. Deller</u>
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Reno L. Benigni, Sr.  
Laura L. Benigni  
    Debtors

Case No. 17-25169-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 4  
Date Rcvd: Jan 11, 2022     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reno L. Benigni, Sr., Laura L. Benigni, 1657 Dagmar Ave., Pittsburgh, PA 15216-3621 |
| cr | | Duquesne Light Company, c/o Allison L. Carr, 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14775537 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14787854 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14776207 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787636 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14752067 | + | Elizabeth Benigni, 1325 Orangewood Ave., Pittsburgh, PA 15216-3815 |
| 14752071 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14752073 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14752075 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 12 2022 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2022 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 12 2022 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2022 23:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 11 2022 23:14:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | EDI: ECMC.COM | Jan 12 2022 04:13:00 | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14775537 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 23:14:10 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 23:14:08 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14752056 | + | EDI: BANKAMER.COM | Jan 12 2022 04:13:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14897582 | + | EDI: BANKAMER.COM | | |

Case 17-25169-JAD    Doc 71    Filed 01/13/22    Entered 01/18/22 08:53:15    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: lfin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 12 2022 04:13:00 | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 14781287 | + EDI: RECOVERYCORP.COM | | |
| | | Jan 12 2022 04:13:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14752057 | + EDI: CAPITALONE.COM | | |
| | | Jan 12 2022 04:13:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752058 | + EDI: CAPITALONE.COM | | |
| | | Jan 12 2022 04:13:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14776207 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jan 11 2022 23:14:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752059 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 11 2022 23:14:05 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14752061 | + EDI: CITICORP.COM | | |
| | | Jan 12 2022 04:13:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14752062 | + EDI: CITICORP.COM | | |
| | | Jan 12 2022 04:13:00 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14752063 | + EDI: CITICORP.COM | | |
| | | Jan 12 2022 04:13:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14752064 | + EDI: WFNNB.COM | | |
| | | Jan 12 2022 04:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14752065 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 11 2022 23:14:02 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14756344 | EDI: DISCOVER.COM | | |
| | | Jan 12 2022 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14752066 | + EDI: DISCOVER.COM | | |
| | | Jan 12 2022 04:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14784006 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Jan 11 2022 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14752068 | EDI: IRS.COM | | |
| | | Jan 12 2022 04:13:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14752060 | EDI: JPMORGANCHASE | | |
| | | Jan 12 2022 04:13:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14752069 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jan 11 2022 23:14:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14787868 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 11 2022 23:14:03 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788106 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 11 2022 23:14:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775394 | + EDI: MID8.COM | | |
| | | Jan 12 2022 04:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14752070 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Jan 12 2022 04:13:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14752072 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jan 11 2022 23:14:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14789213 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jan 11 2022 23:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

| District/off: 0315-2 | User: lfin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| | | | | 44101 |
| 14779873 | + | EDI: RECOVERYCORP.COM | Jan 12 2022 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14781168 | + | Email/Text: ebnpwsa@grblaw.com | Jan 11 2022 23:14:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14784801 | | EDI: Q3G.COM | Jan 12 2022 04:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14770292 | | EDI: NAVIENTFKASMSERV.COM | Jan 12 2022 04:13:00 | SLM Bank c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14752073 | + | EDI: PRATHEBUR | Jan 12 2022 04:13:00 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14752074 | | EDI: USBANKARS.COM | Jan 12 2022 04:13:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14770959 | | EDI: ECMC.COM | Jan 12 2022 04:13:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. |
| cr | | The Bank of New York Mellon Trust Company, Et al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788249 | * | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company Et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | |

Case 17-25169-JAD    Doc 71    Filed 01/13/22    Entered 01/18/22 08:53:15    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: lfin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: 3180W | Total Noticed: 44 |

| | |
|---|---|
| | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank of New York Mellon Trust Company  Et al. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Reno L. Benigni  Sr. attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Laura L. Benigni attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. pawb@fedphe.com |

TOTAL: 11