**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    RENO L. BENIGNI, SR.
    LAURA L. BENIGNI
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-25169 JAD

Chapter 13

Document No.: 64

FILED
1/11/22 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this  11th  day of  January , 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25169-JAD |
| Reno L. Benigni, Sr. | Chapter 13 |
| Laura L. Benigni | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 4 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reno L. Benigni, Sr., Laura L. Benigni, 1657 Dagmar Ave., Pittsburgh, PA 15216-3621 |
| cr | | Duquesne Light Company, c/o Allison L. Carr, 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14775537 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14752056 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14897582 | + | Bank of America, PO Box 31785, Tampa FL 33631-3785 |
| 14787854 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14776207 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787636 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14752067 | + | Elizabeth Benigni, 1325 Orangewood Ave., Pittsburgh, PA 15216-3815 |
| 14752071 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14752073 | + | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14752075 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 11 2022 23:14:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: EDBKNotices@ecmc.org | Jan 11 2022 23:14:00 | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 14775537 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 23:14:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752055 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 23:14:07 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14781287 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2022 23:14:08 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14752057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 23:14:01 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14752058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 23:14:01 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14776207 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 23:14:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14752059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2022 23:14:10 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14752061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 23:26:48 | Citibank North America, Citicorp Credit |

Case 17-25169-JAD    Doc 72    Filed 01/13/22    Entered 01/18/22 08:53:15    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14752062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 23:14:03 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14752063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 23:26:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14752064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 23:15:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14752065 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2022 23:14:02 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14756344 | | Email/Text: mrdiscen@discover.com | Jan 11 2022 23:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14752066 | + | Email/Text: mrdiscen@discover.com | Jan 11 2022 23:14:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14784006 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 11 2022 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14752068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2022 23:15:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14752060 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2022 23:14:01 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14752069 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2022 23:14:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14787868 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2022 23:14:03 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788106 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2022 23:14:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775394 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2022 23:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14752070 | + | Email/PDF: pa_dc_claims@navient.com | Jan 11 2022 23:14:02 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14752072 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2022 23:14:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14789213 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2022 23:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14779873 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2022 23:14:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14781168 | + | Email/Text: ebnpwsa@grblaw.com | Jan 11 2022 23:14:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14784801 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2022 23:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14770292 | | Email/PDF: pa_dc_claims@navient.com | Jan 11 2022 23:14:07 | SLM Bank c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14752073 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 11 2022 23:14:02 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14752074 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2022 23:15:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |

| District/off: 0315-2 | User: lfin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| 14770959 | Email/Text: EDBKNotices@ecmc.org | | |
|---|---|---|---|
| | | Jan 11 2022 23:14:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| cr | | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. |
| cr | | The Bank of New York Mellon Trust Company, Et al. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14788249 | * | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank of New York Mellon Trust Company  Et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank of New York Mellon Trust Company  Et al. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Reno L. Benigni  Sr. attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Laura L. Benigni attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: lfin | Page 4 of 4
Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 42

Thomas Song
                            on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. pawb@fedphe.com

TOTAL: 11